# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause Number: 2:23-CV-73-PPS-JEM |
| | ) |
| NORTHERN SAFETY CO., INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Roosevelt Bradley, filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  [DE 15.]  Defendant, Northern Safety Co., Inc., has not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Dismissal [DE 15] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and this cause of action is **DISMISSED WITH PREJUDICE**.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: May 17, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**